UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MYRNA W. BAIZ-GONZALEZ

V.

COMM'R OF SOCIAL SECURITY

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 4377 (LAP)(DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_ Settlement*

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

✓ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

ParticularMotion:_____
_____

All such motions: \_\_\_

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
MAY 22, 2008

Loretta A. Preska
United States District Judge