ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750
Leslie.Ramirez-Fisher@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

RECEIVED
1 4 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
MYRNA W. BAIZ-GONZALEZ,       :
                              :
          Plaintiff,          :
                              :
     - v. -                   :
                              :    STIPULATION AND ORDER
                              :    08 Civ. 4377 (LAP)(DFE)
MICHAEL J. ASTRUE,            :
Commissioner of               :
Social Security,              :
                              :
          Defendant.          :
                              :
- - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between

the attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from July 29, 2008 to

and including September 29, 2008.  The reason for the request is

USDC SDNY
DATE SCANNED 7/18/08 NY

that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       June 30, 2008

                                MYRNA W. BAIZ-GONZALEZ
                                Plaintiff pro se
                                39-40 Bronx Boulevard
                                  Apt.#4K
                                Bronx, New York  10466
                                Telephone No.: (646) 842-5058

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York
                                Attorney for Defendant

                              By:_____
                                LESLIE A. RAMIREZ-FISHER
                                Assistant United States Attorney
                                86 Chambers Street - 3rd Floor
                                New York, New York  10007
                                Telephone No.: (212) 637-0378

SO ORDERED: July 11, 2008

_____
UNITED STATES ~~DISTRICT~~ JUDGE
         MAGISTRATE

USDC SDNY
DATE SCANNED 7/14/08